## GEORGE W. GARDENHIRE v. F. H. BURDICK.

### (Filed July 30, 1898.)

APPEAL—*Case-Made—Sufficiency—Amendment.* A case-made which fails to contain a copy of the judgment or final order of the trial court presents no question to this court for review, and such case-made cannot be amended or supplemented by a certified transcript of the judgment.

(Syllabus by the Court.)

*Error from the District Court of Payne County; before Frank Dale, District Judge.*

*Neill & Clark* and *C. R. Buckner*, for plaintiff in error.

*Sterling P. King*, for defendant in error.

Action between George W. Gardenhire and F. H. Burdick. From the judgment, Gardenhire brings error. Dismissed.

Opinion of the court by

BURFORD, C. J.: This purports to be an appeal from a judgment of the district court of Payne county. The record consists of a case-made, regularly served, signed, authenticated, and filed. The case-made contains no copy of the judgment or final order of the court in said cause. After the case was filed in this court the plaintiff in error moved for a writ of *certiorari* to the clerk of the district court to bring up a transcript of the judgment. This motion can avail the plaintiff in error nothing, for it is the rule of this court that a case-made, when duly served, signed, authenticated, and filed, cannot be amended or supplemented in this court. The appeal is dismissed at costs of plaintiff in error.

All of the Justices concurring.